IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 00-72 |
| ) | Civil No. 16-902 |
| DONALD G. JACKMAN, JR. ) | |

## ORDER

AND NOW, this 21st day of July, 2016, in consideration of the within motion to dismiss or transfer defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, and in full consideration of the record in this case, said motion is hereby GRANTED.

The defendant has previously filed a motion pursuant to 28 U.S.C. § 2255 (Doc. No. 140). This motion was fully litigated on the merits. See Doc. Nos. 140, 145-147, 161, 170, and 185. The Third Circuit has not authorized the defendant to file a successive motion. Therefore, the defendant's current motion is a successive motion of which this Court has no jurisdiction to consider. 28 U.S.C. § 2255(h).

IT IS ACCORDINGLY ORDERED that defendant Jackman's motion of June 21, 2016, be denied without prejudice. The defendant is directed to seek appropriate approval under 28 U.S.C. § 2255(h) and 28 U.S.C. § 2244 from the Court of Appeals prior to filing further motions under § 2255.

*Maurice B. Cohill, Jr.*
Honorable Maurice B. Cohill, Jr.
United States District Judge

cc:   United States Attorney's Office
      Renee Pietrapallo, Esquire
      Donald G. Jackman, Jr.